SHELL PIPELINE CORPORATION, a corporation, Appellant, v. Frank A. SULLENTRUP and Mathilda M. Sullentrup.

No. 14347.

United States Court of Appeals
Eighth Circuit.

Sept. 12, 1951.

Jesse M. Davis, Tulsa, Okl. and Harold I. Elbert, St. Louis, Mo., for appellant.

Leo A. Politte and Joseph T. Davis, Washington, Mo., for appellee.

PER CURIAM.

Judgment of District Court, as reduced by remittitur, affirmed, on stipulation of parties.

STATE OF MINNESOTA ex rel. Sam James PERKINS, Appellant, v. L. F. UTECHT, as Warden of the State Prison.

No. 14448.

United States Court of Appeals
Eighth Circuit.

Sept. 12, 1951.

Sam James Perkins, pro se.

PER CURIAM.

Application for issuance of certificate of probable cause denied and appeal from District Court dismissed.

Stanley J. STODULSKI, Petitioner, v. Ralph N. EIDSON, Warden, Missouri State Penitentiary.

No. 14454.

United States Court of Appeals
Eighth Circuit.

Sept. 15, 1951.

Writ of Certiorari Denied Nov. 13, 1951.

See 72 S.Ct. 170.

Stanley J. Stodulski, pro se.

PER CURIAM.

Application of Petitioner for Certificate of Probable Cause denied.

UNITED STATES of America, Appellant, v. Brace BENNITT, Receiver. (In the Matter of Kepp Electric & Manufacturing Company, Debtor, No. 17286 in District Court.)

No. 14371.

United States Court of Appeals
Eighth Circuit.

Sept. 18, 1951.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., C. U. Landrum, U. S. Atty., Alex Dim, Asst. U. S. Atty., William P. Murphy, Asst. U. S. Atty., and Howard H. Gelb, Asst. U. S. Atty., all of St. Paul, Minn., for appellant.

Charles H. Halpern and C. J. Wagner, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties. 98 F.Supp. 51.